NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KIMBERLY RENEE BRITTON,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE TREASURY,**
*Respondent.*

---

2013-3076

---

Petition for review of the Merit Systems Protection Board in No. CH3443130089-I-1.

---

**ON MOTION**

---

**O R D E R**

Kimberly Renee Britton moves for leave to proceed in forma pauperis.

This court notes that this petition was dismissed on March 25, 2013 for failure to submit the Federal Circuit Rule 15(c) statement. The Rule 15(c) statement was filed on April 4, 2013. We treat Ms. Britton's motion for leave to proceed in forma pauperis as including a motion to reinstate the case.

KIMBERLY BRITTON v. TREASURY                                    2

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion for leave to proceed in forma pauperis is denied.

(2)  If the petitioner pays the docketing fee within 30 days of this order, the motion to reinstate will be granted, the mandate will be recalled, the court's dismissal order will be vacated, and the petition will be reinstated.  If the case is reinstated, the respondent should calculate the due date for its brief from the date of reinstatement.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s24